UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| RICHARD BARNETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMANDA WORLEY, et al., <br><br> Defendants. | Case No. 2:22-cv-00060 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a case management conference with counsel for the parties on July 25, 2023. Counsel confirm that they are actively preparing for the mediation set on August 30, 2023, and that Plaintiffs will provide a demand to Defendants before the date of the mediation.

Counsel are also discussing issues related to Plaintiffs' motions for class certification and a preliminary injunction, including any related discovery. If the parties require extensions of the briefing schedule for these motions, they shall file a motion proposing an amended calendar. If the parties have resolved the issues raised in either motion, they shall file a notice to that effect.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge