**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD BARNETT,** | ) | |
| **WILLIAM E. BENGE,** | ) | |
| **CHRISTOPHER LEE DUFF,** | ) | |
| **JACOB EDMONDS,** | ) | |
| **JOHN HEALY,** | ) | **NO. 2:22-cv-00060** |
| **HALEY SMITH,** | ) | |
| **MICHAEL STOTTLEMIRE,** | ) | |
| **JEFF TABOR,** | ) | |
| **DOUGLAS TROUT, and** | ) | |
| **ADDISON WOODY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AMANDA WORLEY, in her official** | ) | |
| **capacity as Cumberland County General** | ) | |
| **Sessions Judge,** | ) | |
| **JENNIFER PHILLIPS CROSS, in her** | ) | |
| **official capacity as Judicial** | ) | |
| **Commissioner of Cumberland County** | ) | |
| **General Sessions Court,** | ) | |
| **PATRICIA ELDRIDGE, in her official** | ) | |
| **capacity as Judicial Commissioner of** | ) | |
| **Cumberland County General Sessions** | ) | |
| **Court,** | ) | |
| **GREG WATSON, in his official capacity** | ) | |
| **as Judicial Commissioner of Cumberland** | ) | |
| **County General Sessions Court, and** | ) | |
| **CASEY COX, in his official capacity as** | ) | |
| **Cumberland County Sheriff,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 36). Accordingly, this action is

**DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE